# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Linden Brockington, | No. CV-20-00259-TUC-RCC |
| Plaintiff, | |
| v. | **ORDER** |
| Sun Life Assurance Co. of Canada, | |
| Defendant. | |

IT IS HEREBY ORDERED that all claims pending in this action are hereby DISMISSED in their entirety with prejudice, each party to bear their own costs and attorneys' fees.

Dated this 25th day of November, 2020.

_____
Honorable Raner C. Collins
Senior United States District Judge